BESS WIESENFELD v. HARRISON FOODS, INC.

October 24, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY BARBER.

October 24, 1978. Petition for certification denied.

HAROLD CROTY v. NEW JERSEY STATE PAROLE BOARD.

October 24, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. KEY.

October 24, 1978. Petition for certification denied.

WILLIAM S. KEOWN v.
WEST JERSEY TITLE AND GUARANTY COMPANY.

October 24, 1978. Petition for certification denied. (See 161 *N. J. Super.* 19)

STATE OF NEW JERSEY v. FRANK J. CHANEY.

October 24, 1978. Petition for certification denied. (See 160 *N. J. Super.* 49)